IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>JOSHUA DAVID WYATT<br>AMANDA LYNN WYATT,<br><br>Debtors. | Case No. 21-30976<br>Chapter 7 |
| JACQUELINE SELLS HOMANN, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>ONE ADVANTAGE, LLC,<br><br>Defendant. | Adver. Proc. No. 22-03017 |

REQUEST FOR CLERK'S ENTRY OF DEFAULT

Trustee, Jacqueline Sells Homann, by counsel, for her request that the Clerk make an Entry of Default states as follows:

1. On June 29, 2022, the Court issued a Summons to be served on the defendant, One Advantage, LLC.

2. On June 29, the Summons was issued to One Advantage, LLC by regular, first class United States mail, and was not returned to the Trustee as undeliverable.

3. As of this date, the defendant has failed to appear, plead or otherwise respond to the Complaint.

4. *Therefore,* the Trustee prays that the Clerk enter an Entry of Default and for all other just and proper relief.

Dated: August 9, 2022

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
130 S. Main Street
Suite 400
Post Office Box 4577
South Bend, Indiana 46634-4577
Telephone: (574) 233-1194
Facsimile: (574) 233-8957
Email: jshtrustee@jonesobenchain.com

CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2022 a true and correct copy of the above and foregoing Request for Entry of Default was served as follows:

| | |
|---|---|
| Loraine P. Troyer<br>ltroyer@msn.com | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |
| One Advantage, LLC<br>Highest Ranking Officer<br>7650 Magna Drive<br>Belleville, IL 62223 | Joshua & Amanda Wyatt<br>43 Roxbury Park<br>Goshen, IN 46526 |

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann