IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>JOSHUA DAVID WYATT<br>AMANDA LYNN WYATT,<br><br>      Debtor | Case No. 21-30976<br>Chapter 7 |
| JACQUELINE SELLS HOMANN,<br>TRUSTEE<br><br>      Plaintiff,<br><br>      v.<br><br>ONE ADVANTAGE, LLC,<br><br>      Defendant. | Adver. Proc. No. 22-03017 |

### AFFIDAVIT OF JACQUELINE SELLS HOMANN, CHAPTER 7 - TRUSTEE

I, Jacqueline Sells Homann, being first duly sworn, depose and state:

1. I am an adult, over the age of eighteen years and am competent to testify to the matters set forth herein.

2. Defendant was served by regular, first class mail with the Complaint and has failed to appear, answer or otherwise respond to the Complaint.

Pursuant to 28 U.S.C. § 1746, I declare under the penalties of perjury that the foregoing representations are true and correct.

Dated: 8-8-22

                                                            Jacqueline Sells Homann
                                                            Chapter 7 Trustee