IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>JOSHUA DAVID WYATT<br>AMANDA LYNN WYATT,<br><br>Debtors,<br>------<br>JACQUELINE SELLS HOMANN, TRUSTEE<br><br>Plaintiff,<br><br>v.<br><br>ONE ADVANTAGE, LLC<br><br>Defendant. | Case No. 21-30976<br>Chapter 7<br><br><br><br><br><br><br><br><br><br>Adver. Proc. No. 22-03017 |

## MOTION FOR DEFAULT JUDGMENT

Jacqueline Sells Homann, Plaintiff and Chapter 7 Trustee, for her motion for default judgment states as follows:

1. The Trustee filed a complaint against the defendant, One Advantage, LLC, to recover money on behalf of the estate.

2. The clerk entered default against the defendant, One Advantage, LLC, for its failure to appear or plead or otherwise defend itself in this case on August 10, 2022. [Doc. No.8.]

3. The debtors, Joshua David Wyatt and Amanda Lynn Wyatt, filed a bankruptcy petition on July 15, 2021, and Jacqueline Sells Homann was appointed to serve as Trustee.

4. Within 90 days before the petition date, the debtor made a transfer to One Advantage, LLC in the amount of $1,012.56 on account of an antecedent debt owed by the debtor before the payment was made.

5. The debtor, Amanda Wyatt, owed this payment to One Advantage.

6. The payment was made to One Advantage, LLC while the debtor was insolvent. 11 USC §547(f).

7. The payment enabled One Advantage, LLC to receive more than it would have received if: (a) the payment had not been made, and (b) the defendant received payment on its debt to the extent provided by the provisions of the Bankruptcy Code.

8. The affidavit of Jacqueline Sells Homann, Trustee, and a brief are filed supporting this motion for default judgment.

9. Since One Advantage failed to answer, the factual allegations in the complaint are taken as true.

*Therefore*, Trustee prays that the court enter judgment in her favor and against the defendant, One Advantage, LLC, in the amount of $1,012.56, plus post-judgment interest, $350 in court costs and for all other just and proper relief.

Dated: April 6, 2023                    Respectfully submitted,

*/s/ Jacqueline Sells Homann*
Jacqueline Sells Homann
ATHORA LAW GROUP, LLC
1251 North Eddy Street
Suite 203
South Bend, IN 46617
574.575.4147
jackie@athoralaw.com

CERTIFICATE OF SERVICE

I certify that on April 6, 2023, a true and correct copy of the above and foregoing Motion for Default Judgment was served as follows:

| | |
|---|---|
| Loraine P. Troyer<br>ltroyer@msn.com | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |
| One Advantage, LLC<br>Highest Ranking Officer<br>7650 Magna Dr.<br>Belleville, IL 62223 | Joshua & Amanda Wyatt<br>43 Roxbury Park<br>Goshen, IN 46526 |

                                                 /s/ Jacqueline Sells Homann
                                                 Jacqueline Sells Homann