IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>JOSHUA DAVID WYATT<br>AMANDA LYNN WYATT,<br><br>Debtors.<br>--------------------------------------------------------------------<br>JACQUELINE SELLS HOMANN,<br>TRUSTEE<br><br>Plaintiff.<br><br>v.<br><br>ONE ADVANTAGE, LLC,<br><br>Defendant. | Case No. 21-30976<br>Chapter 7<br><br><br><br><br><br><br><br><br><br>Adver. Proc. No. 22-03017 |

ORDER AND JUDGMENT

At South Bend, Indiana on _____April 13, 2023_____

The Court, having considered the Motion for Default Judgment filed by Trustee Jacqueline Sells Homann, now grants the same. Judgment is entered against One Advantage, LLC in the amount of $1,012.56, plus post-judgment interest, and $350 in court costs. It is

SO ORDERED.

*Paul E. Singleton*
Paul E. Singleton, Judge
United States Bankruptcy Court

Date Entered On Docket: 4/13/2023