IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 21-30976 |
| | Chapter 7 |
| JOSHUA DAVID WYATT | |
| AMANDA LYNN WYATT, | |
| Debtors. | |
| | |
| JACQUELINE SELLS HOMANN, TRUSTEE | Adver. Proc. No. 22-03017 |
| Plaintiff. | |
| | |
| ONE ADVANTAGE LLC, | |
| Defendant. | |

## MOTION FOR PROCEEDINGS SUPPLEMENTAL

Jacqueline Sells Homann, the Trustee appointed in this case, states to the best of her knowledge:

1. Pursuant to this Court's Order dated April 13, 2023, the defendant was ordered to turnover $1,012.56, plus post-judgment interest and $350 in court costs to the Trustee.
2. To date, the defendant has failed to turn over the monies to the Trustee.
3. The Trustee has no cause to believe that levy of execution against the defendant will satisfy the judgment.
4. The Trustee's judgment is unsatisfied.

THEREFORE, the Trustee prays that this Court issue an order to the highest-ranking officer of One Advantage, LLC, requiring them to appear and testify and to satisfy this judgment.

Dated: August 4, 2023

RESPECTFULLY SUBMITTED,

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann
1251 North Eddy Street
Suite 203
South Bend, Indiana 46617
Telephone: (574) 575-4321
Email: trustee@athoralaw.com

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2023, a true and correct copy of the above and foregoing motion for proceedings supplemental was served as follows:

| | |
|---|---|
| Loraine P. Troyer<br>ltroyer@msn.com | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |
| Joshua D. Wyatt<br>Amanda L. Wyatt<br>43 Roxbury Pk.<br>Goshen, IN 46526 | One Advantage, LLC<br>Highest Ranking Officer<br>7650 Magna Drive<br>Belleville, IL 62223 |

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann