IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>JOSHUA DAVID WYATT<br>AMANDA LYNN WYATT,<br><br>               Debtors<br><br>JACQUELINE SELLS HOMANN, TRUSTEE<br>               Plaintiff<br><br>ONE ADVANTAGE LLC,<br>               Defendant. | Case No. 21-30976<br>Chapter 7<br><br><br><br><br><br>Adv. Proc. No. 22-03017 |

## TRUSTEE'S MOTION FOR ORDER TO SHOW CAUSE

Jacqueline Sells Homann, Trustee, by counsel, states as follows:

1. A bankruptcy petition was filed by the debtors on July 15, 2021.

2. On June 28, 2022, Trustee filed an adversary complaint to recover monies debtors paid to One Advantage, LLC within the preference period.

3. On April 13, 2023, this Court entered a judgment against One Advantage, LLC, in the amount of $1,012.56, plus post-judgment interest, and $350 in court costs.

4. To date, One Advantage has not turned over the monies to the Trustee.

*Therefore*, your Trustee respectfully requests that this Court enter an Order for the defendant, One Advantage LLC, to show cause why it should not be held in contempt for violating this Court's Orders dated April 13, 2023 and August 8, 2023, and for all other just and proper relief.

Dated: September 29, 2023

Respectfully submitted,

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann (15462-71)
Chapter 7 Bankruptcy Trustee
1251 North Eddy Street
Suite 203
South Bend, Indiana 46617
Telephone: (574) 575-4321
Email: trustee@athoralaw.com

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, a true and correct copy of the above and foregoing Trustee's Motion for Order to Show Cause was served as follows:

| | |
|---|---|
| Loraine P. Troyer<br>ltroyer@msn.com | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |
| Joshua D. Wyatt<br>Amanda L. Wyatt<br>43 Roxbury Pk.<br>Goshen, IN 46526 | One Advantage, LLC<br>Highest Ranking Officer<br>7650 Magna Drive<br>Belleville, IL 62223 |
| One Advantage, LLC<br>Highest Ranking Officer<br>1230 W SR 2<br>LaPorte, IN 46350 | One Advantage LLC<br>c/o CT Corp System, Registered Agent<br>334 N. Senate Ave.<br>Indianapolis, IN 46204 |

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann